UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

De'MARKUS ANTIONE WILLIAMS,

Plaintiff,

v.

BOBBY DEWAYNE HENDRIX, et al.,

Defendants.

Case No. 2:18-cv-01315-MMD-PAL

ORDER

(Stip Ext Time – ECF No. 18)

Before the court is the parties' Stipulation and Order to Modify Scheduling Order (ECF No. 18) and Errata (ECF No. 19).

On September 7, 2018, the undersigned entered and Discovery Plan and Scheduling Order (ECF No. 16) when the parties failed to submit one as required by LR 26-1. In the parties' stipulation, they request 270 days instead of 180 days deemed presumptively reasonable to complete discovery, but have not complied with LR 26-1(a) which states in part:

> If longer deadlines are proposed, the plan must state on its face 'SPECIAL SCHEDULING REVIEW REQUESTED.' Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute."

The parties have provided no reason at all why more time than deemed presumptively reasonable is required. Accordingly,

**IT IS ORDERED** that the parties' Stipulation and Order to Modify Scheduling Order (ECF No. 18) is **DENIED** and the deadlines established in the court's Discovery Plan and Scheduling Order (ECF No. 16) apply.

DATED this 18th day of October 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1